RECEIVED
CHARLOTTE, N.C.
OCT 1 1 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

CHARLOTTE, N. C.
OCT 1 2 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:04CV319

| | |
|---|---|
| ROBERT E. DRAG, SR., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| SOUTHTRUST BANK and SOUTHTRUST SECURITIES, INC., ) | |
| Defendants. ) | |

This matter having come up for consideration before this Court on the parties' Joint Motion for Order of Expungement of the CRD and records of John Porter (CRD No. 1094762), Sharon Taylor (CRD No. 1338059) and Howard Shoe (CRD No. 04235990), and the Court having considered the matter, the Court hereby finds and determines that said records and CRDs are due to be expunged and hereby orders said expungement of the CRDs of John Porter, Sharon Taylor and Howard Shoe based on the finding of the factual impossibility and clear error and on the grounds that none of the individuals were involved in the investment related practices giving rise to any alleged claims.

_Carl Horn, III_
U. S. District Court Judge

1391603